

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-23-00010-CR

**EX PARTE** Christopher-Jarvis **PAYNE**

Original Proceeding[1]

**ORDER**

Relator filed a petition for writ of habeas corpus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of habeas corpus is **DENIED**. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on January 11, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2022CR6932, 2021CR3349, styled *State of Texas v. Christopher Payne*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.